JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRALA BEVERLY,<br><br>    Plaintiff,<br><br>    v.<br><br>NEWPORT BEACH POLICE DEPARTMENT, et al.,<br><br>    Defendants. | Case No. 8:21-cv-1277-JGB (SP)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE, AND REMANDING CASE TO STATE COURT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, records on file, and the Report and Recommendation of the United States Magistrate Judge. None of the parties filed any written Objections to the Report within the time permitted. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

IT IS THEREFORE ORDERED:

1. Plaintiff's Motion to Remand (docket no. 6) is granted in part and denied in part;

2. Plaintiff's four federal claims (the first, second, third, and eighth causes of action) are dismissed without prejudice; and

3. This case with its remaining state law claims is hereby remanded to the Superior Court of California, County of Orange.

Dated: October 1, 2021

HONORABLE JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE